UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-046-JLQ |
| Plaintiff, | ) ) | ORDER DENYING MOTION RE: THIRD PARTY NOTICE AND GRANTING ORAL |
| v. | ) ) | MOTION TO AMEND RELEASE CONDITIONS |
| KHAYKHAM MOULAXART, | ) ) | |
| Defendant. | ) ) | |

At the July 6, 2009, hearing on Defendant's Motion Re 3rd Party Notice, Defendant was present with Assistant Federal Defender Joshua D. Rosen. Assistant U.S. Attorney Aine Ahmed represented the United States.

The Defendant's Motion Re 3rd Party Notice **(Ct. Rec. 32)** is **DENIED**. Third-Party notice shall be given within three (3) days and confirmed by Pretrial Services.

Defendant's oral Motion to modify release conditions to require mental health counseling **(Ct. Rec. 36)** is **GRANTED.** Pretrial Services is directed to facilitate the scheduling and the search for funding for counseling.

**IT IS SO ORDERED.**

DATED July 6, 2009.

                              S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION RE: THIRD PARTY NOTICE AND
GRANTING ORAL MOTION TO AMEND RELEASE CONDITIONS - 1