PROB 12C
(7/93)

Report Date: March 20, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Khaykham Moulaxart        Case Number: 2:09CR00046-001

Address of Offender:                Spokane, WA 99208

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 9/17/2009

Original Offense:  Bank Fraud, 18 U.S.C. § 1344

Original Sentence: Prison - 1 Day;              Type of Supervision: Supervised Release
                   TSR - 60 Months

Asst. U.S. Attorney: Aine Ahmed                Date Supervision Commenced: 9/18/2009

Defense Attorney:   Federal Defenders Office   Date Supervision Expires: 9/17/2014

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Khaykham Moulaxart violated conditions of her supervised release in Spokane, Washington, on or about March 16, 2012, by allegedly stealing funds from her employer's place of business. The owner of the Grocery Outlet store, located at 4210 E. Sprague Ave., Spokane Valley, Washington, Mr. Clancy, contacted the undersigned officer on March 19, 2012. He described the offender's behavior on the above-referenced date as entering the store after operating hours, opening the safe, and retrieved funds without permission. Activities were captured on the store's surveillance cameras. Mr. Clancy believes that approximately $600 was removed from the safe by Ms. Moulaxart at that time. In addition, it was determined by Mr. Clancy that the offender had stolen an additional $900 from his store. Consequently, Khaykham Moulaxart was directed to appear in the store on March 19, 2012, in order to meet with Mr. Clancy. Mr. Clancy showed her the surveillance video capturing her activities as described. After viewing the video, he instructed Ms. Moulaxart to return later in the day with approximately $1,500. Khaykham Moulaxart was terminated effective immediately from her position as office manager. Mr. Clancy filed a police report under incident #12-082080. |

Prob12C
Re: Moulaxart, Khaykham
March 20, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/20/2012

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/27/2012
Date